## Commonwealth *v.* Lark, Appellant.

Submitted December 4, 1973. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.